NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPECTRALYTICS, INC.,**
*Plaintiff-Appellant,*

v.

**CORDIS CORPORATION,**
*Defendant-Appellee,*

AND

**NORMAN NOBLE, INC.,**
*Defendant-Appellee.*

---

2012-1121

---

Appeal from the United States District Court for the District of Minnesota in case no. 05-CV-1464, Judge Patrick J. Schiltz.

---

## ON MOTION

---

## ORDER

Spectralytics, Inc. moves without opposition for an extension of time, until July 18, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 20 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: J. Derek Vandenburgh, Esq.
Eugene M. Gelernter, Esq.
James B. Niehaus, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 20 2012

JAN HORBALY
CLERK